UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Charles Kenyatta Jr.,

                Plaintiff,

-against-

Khalfani Gourick; Act Bad LLC,

                Defendants.

25-CV-6941 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    Because the administrative functions of the Court will be closed on Friday, November 14, 2025, the default judgment hearing scheduled in this case for that day will be rescheduled to **November 24, 2025** at **1:00 PM**.

    The Court has also been advised by plaintiff that an order might be needed to ensure that he has telephone access to call into the conference. Plaintiff is advised to file a letter on the docket with more information so that the Court can ensure that he can dial into the call at the right time.

    The Clerk of Court is respectfully directed to mail a copy of this order and Dkt. 15 to the pro se plaintiff at Elmira Correctional Facility, 1879 Davis Street, PO Box 500, Elmira, NY, 14901.

    SO ORDERED.

Dated: November 13, 2025
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge