UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Charles Kenyatta Jr., <br><br>                    Plaintiff, <br><br> -against- <br><br> Khalfani Gourick; Act Bad LLC, <br><br>                    Defendants. | 25-CV-6941 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

 Due to logistical issues with ensuring that plaintiff could be produced for today's default judgment hearing, the hearing is rescheduled to **December 12, 2025** at **1:00 PM**. The Court will ensure that plaintiff will have telephone access at his facility to call into the conference at that time. The new call-in information for the hearing is: **718 834 997**, followed by the pound (#) sign.

 Upon reviewing the docket and the tracking number provided, it appears that plaintiff's attempt to serve a copy of the previous order to show cause on the defendant was returned to sender. Plaintiff is ORDERED to serve a copy of this order on defendant by whatever means is calculated to be effective in light of what appears to be a previous failure to effect service.

 **Defendant Khalfani Gourick is warned that if he does not appear he faces a court judgment against him and that plaintiff is asking for $1,000,000.**

SO ORDERED.

Dated: November 24, 2025
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge