UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Charles Kenyatta Jr.,

                              Plaintiff,

        -against-

Khalfani Gourick; Act Bad LLC,

                              Defendants.

25-CV-6941 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

As described at Dkt. 20, the Court will hold a teleconference regarding a potential default judgment on **December 12**, **2025** at **1:00 p.m.**

The Warden or other official in charge of the Elmira Correctional facility is directed to produce Charles Kenyatta Jr., DIN: 22B3002, on **December 12, 2025**, no later than **1:00 p.m.**, to a suitable location within the facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court. The Warden or other official is also instructed to provide Kenyatta with the following instructions to dial into the conference:
        Dial **718 834 997**, followed by the pound (#) sign.

If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling or emailing chambers.

The Clerk of Court is directed to send Plaintiff a copy of this order by regular and certified mail.

SO ORDERED.

Dated: December 9, 2025
        New York, New York

_____
        ARUN SUBRAMANIAN
        United States District Judge