UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Charles Kenyatta Jr.,<br><br>      Plaintiff,<br><br>  -against-<br><br>Khalfani Gourick and Act Bad LLC,<br><br>      Defendants. | 25-CV-6941 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On December 12, 2025 the Court held a telephonic default judgment hearing. At that hearing the Court observed that plaintiff had not posted proof on the docket of service of the order scheduling the default judgment hearing. Dkt. 6. The Court then set a new date for a default judgment hearing on January 6, 2026 and instructed plaintiff to post proof on the docket that defendants were properly served with notice of the new hearing by December 23, 2025. To date, nothing has been filed.

The Court reschedules the January 6, 2026 conference to January 26, 2026 at 3:30 PM. The dial in info remains the same. The parties are instructed to dial in by calling 646-453-4442 and entering conference ID: 836 915 616 followed by the pound (#) sign.

Plaintiff should serve this order as well as the December 12, 2025 order on any defendants from whom he is seeking default judgment. Proof of proper service should be posted on the docket by January 21, 2026.

    SO ORDERED.

Dated: January 5, 2026
   New York, New York

                          ARUN SUBRAMANIAN
                          United States District Judge