UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Charles Kenyatta Jr.,

                    Plaintiff,

        -against-                                        25-CV-6941 (AS)

Khalfani Gourick, Act Bad LLC,                          ORDER

                    Defendants.

ARUN SUBRAMANIAN, United States District Judge:

        It has come to the Court's attention that plaintiff didn't receive the order adjourning the conference on January 22, 2026 because he's enrolled in electronic notification services and so a hard copy wasn't sent to him. That order required plaintiff to submit proof of service on the docket, so, recognizing that the Court has asked plaintiff to do so, the default judgment hearing is further **adjourned** to **February 26, 2026** at **12:00 PM.**

    The dial-in information for the hearing remains the same. The parties are instructed to dial in by calling 646-453-4442 and putting in conference ID 836 915 616 followed by the pound sign (#).

    Plaintiff is ordered to serve this order on defendants and post proof to the Court (either by posting it on the docket or submitting it via email, if that's the only way possible) by **February 24, 2026**.

    Defendants are warned that if they don't show up then the Court is inclined to grant default judgment in favor of plaintiff, who is asking for at least $1,000,000 in damages.

    The Clerk of Court is respectfully directed to mail a copy of this order to the plaintiff.

        SO ORDERED.

Dated: February 12, 2026
        New York, New York

                                        _____
                                        ARUN SUBRAMANIAN
                                        United States District Judge