UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Charles Kenyatta Jr.,

                              Plaintiff,

            -against-

Khalfani Gourick and Act Bad LLC,

                              Defendants.

25-CV-6941 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff's motion for default judgment, Dkt. 11, is GRANTED after a hearing held on February 26, 2026. However, because damages are not for a sum certain, this case will be referred to Magistrate Judge Henry J., Ricardo for an inquest into damages, who can be reached at RicardoNYSDChambers@nysd.uscourts.gov. The Court will separately enter an order of referral.

The Clerk of Court is respectfully directed to terminate Dkt. 11.

SO ORDERED.

Dated: March 3, 2026
        New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge