UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES KENYATTA JR.,

Plaintiff,

-v-

KHALFANI GOURICK, ET AL.

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/2026

**ORDER**

25-CV-6941 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's Proposed Findings of Fact and Conclusions of Law Regarding Damages. ECF No. 33. Pursuant to the Court's March 4, 2026 order, ECF No. 32 (the "Order"), Plaintiff is directed to file proof of service upon Defendants of the Proposed Findings of Fact and Conclusions of Law Regarding Damages, as well as the Order, by **May 4, 2026**. Defendants' deadline to file their response, if any, to Plaintiff's submission remains **May 25, 2026**.

**SO ORDERED.**

Dated: March 10, 2026
    New York, New York

Henry J. Ricardo
United States Magistrate Judge