UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Charles Kenyatta Jr.,<br><br>                              Plaintiff,<br><br>        -against-<br><br>Khalfani Gourick and Act Bad LLC,<br><br>                              Defendants. | 25-CV-6941 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of defendant Khalfani Gourick's motion to vacate default judgment. Dkt. 43. Plaintiff Charles Kenyatta Jr. should file a letter with the Court by May 20, 2026 indicating whether he contests the motion to vacate the judgment, or whether he agrees that this case can proceed normally as against defendant Gourick, given that it appears that service was made to the wrong address, and that he now wants to contest this suit.

Defendant Gourick is cautioned that, while he may represent himself, Act Bad LLC is also named as a defendant and "cannot be represented by a person who is not an attorney." *Powerserve Int'l, Inc. v. Lavi*, 239 F.3d 508 (2d Cir. 2001).

        SO ORDERED.

Dated: May 5, 2026
        New York, New York

_____
    ARUN SUBRAMANIAN
    United States District Judge