UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/2026

CHARLES KENYATTA JR.,

Plaintiff,

-v-

KHALFANI GOURICK, ET AL.

Defendants.

**ORDER**

25-CV-6941 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter raising discovery issues and difficulties contacting Defendant Gourick (the "Letter"). ECF No. 65. Defendant shall respond to the Letter by **November 26, 2026**.

A conference is scheduled for **December 8, 2026** at **2:00 p.m.** by telephone to discuss the Letter. The pro se parties should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 104 662 869#).

Plaintiff is directed to send a copy of the Letter and this order to any other address he has for Defendant.

**SO ORDERED.**

Dated: November 12, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge