USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___________
DATE FILED: 11/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES KENYATTA JR.,

Plaintiff,

-v-

KHALFANI GOURICK, ET AL.

Defendants.

**ORDER**

25-CV-6941 (AS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Case Management Plan and Scheduling Order entered on August 20, 2026, ECF No. 59, the parties were directed to file a joint status report by November 18, 2026. To date, the parties have not filed the status report. The parties need not file a status report at this time. However, the parties shall file a joint letter by **February 22, 2027** describing the status of this matter.

The Clerk of Court is respectfully directed to mail a copy of this order to any self-represented party who has not consented to e-service or e-filing.

**SO ORDERED.**

Dated: November 24, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge